UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL A. TAYLOR, JR., | ) | CIV F 04 5829 REC WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| P. L. VASQUEZ, | ) | (DOCUMENT #11) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On April 4, 2005, petitioner filed a motion to extend time to respond to the motion to dismiss filed by respondent. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 19, 2005**           /s/  **William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE