**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARL A. TAYLOR, JR.,** ) | CV F 04-5829 REC WMW HC |
|         **Petitioner,** ) | |
|         ) | **ORDER GRANTING** |
|         ) | **EXTENSION OF TIME TO** |
|     **v.** ) | **FILE OBJECTIONS** |
|         ) | |
|         ) | [Doc. 16] |
| **P. L. VASQUEZ, Warden,** ) | |
|         **Respondent.** ) | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 17, 2006, Petitioner filed a motion for an extension of time to file objections to the findings and recommendations entered in this case on January 23, 2006. Good cause appearing, Petitioner's motion is GRANTED and Petitioner is granted an extension of time until March 24, 2006, to file his objections. No further extensions of

time will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

**Dated:   February 27, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                                  UNITED STATES MAGISTRATE JUDGE

2