IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR.,<br><br>           Petitioner,<br><br>   vs.<br><br>P.L. VASQUEZ,<br><br>           Respondent. | No. CV-F-04-5829 REC/WMW HC<br><br>ORDER DISMISSING PETITION<br>FOR WRIT OF HABEAS CORPUS<br>[Docs 6, 15, 19] AND<br>DIRECTING ENTRY OF JUDGMENT<br>FOR RESPONDENT |

    On January 23, 2006, the United States Magistrate Judge recommended that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as untimely.

    After applying for and receiving an extension of time, petitioner timely filed objections to the recommendation.

    The court has reviewed the record herein de novo.  The court concurs with the Magistrate Judge that the instant petition was not filed within the one year limitation period because that one year period was not tolled while the petition he filed in <u>Taylor v. Vasquez</u>, No. CV-F-02-5024 OWW/DLB was pending in the Eastern

1

District of California and it was not tolled during the time petitioner filed petitions for writ of habeas corpus in state court because those petitions were filed after that one year period had elapsed.  The court also concurs with the recommendation that petitioner has not demonstrated that he is entitled to equitable tolling of the statute of limitations. Petitioner points to no extraordinary circumstances beyond his control which prevented him from timely complying with the requirements of the law.

ACCORDINGLY:

1.  The recommendation filed on January 23, 2006 is adopted in full.

2.  Respondent's motion to dismiss is granted and this action is dismissed.

3.  The Clerk of the Court is directed to enter judgment for respondent.

IT IS SO ORDERED.

**Dated:  March 30, 2006**           /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE