IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR.,<br><br>             Petitioner,<br><br>    vs.<br><br>D. ADAMS,<br><br>             Respondent. | No. CV-F-04-5829 REC/WMW HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY (Doc. 23) AND DIRECTING THAT PETITIONER FILE HIS APPLICATION ON OR BEFORE MAY 25, 2006 |

    For good cause shown, petitioner's motion for an extension of time to file an application for certificate of appealability in connection with the notice of appeal filed on April 25, 2006 is granted.  Petitioner shall file his application for certificate of appealability on or before May 25, 2006.

IT IS SO ORDERED.

**Dated: April 27, 2006**                          **/s/ Robert E. Coyle**
668554                                          UNITED STATES DISTRICT JUDGE

1