IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR.,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>P.L. VASQUEZ,<br><br>　　　　　　Respondent. | No. CV-F-04-5829 REC/WMW HC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

　　The court hereby declines to issue a certificate of appealability.  The court concludes that jurists of reason would not find it debatable whether the district court was correct in its procedural ruling that the petition for writ of habeas corpus is time-barred.  See Rosas v. Nielsen, 428 F.3d 1229, 1233 (9th Cir. 2005).

　　IT IS SO ORDERED.

**Dated: May 9, 2006**　　　　　　　　　　　　/s/ Robert E. Coyle
668554　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1