IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR., | CV F 04-5829 REC WMW HC |
| Petitioner, | ORDER DENYING MOTION TO AMEND CASES |
| v. | |
| | [Doc. 30] |
| P. L. VASQUEZ, Warden, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 31, 2006, an order was entered dismissing this case. Judgment for Respondent was entered that same day. On May 23, 2006, Petitioner filed a request to add additional cases to his objections to the findings and recommendations previously filed in this case. Any objections Petitioner may have to the findings and recommendations became moot when judgment was entered in this case. Accordingly,

Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   July 5, 2006**              /s/  William M. Wunderlich
bl0dc4                              UNITED STATES MAGISTRATE JUDGE