IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR., | 1:04-CV-5829 REC WMW HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION |
| P. L. VASQUEZ, | (Document #31, 32) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On June 14, 2006, petitioner filed a motion to proceed in forma pauperis on appeal and motion for appointment of counsel. Inasmuch as judgment was entered by this court on March 31, 2006 , and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on April 25, 2006, the motions are more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's motions above stated are DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   July 10, 2006**            /s/  William M. Wunderlich
bl0dc4                                UNITED STATES MAGISTRATE JUDGE